UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER SETZER,<br><br>                      Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                      Defendant. | Case No. 3:13-cv-05756-KLS<br><br>ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL |

       This matter comes before the Court on the filing of a motion to withdraw as plaintiff's counsel by D. James Tree, plaintiff's counsel in this case. *See* Dkt. 42. In late March 2014, Mr. Tree informed the Court that he had received a letter that appeared to have come from plaintiff dismissing Mr. Tree as plaintiff's counsel in this matter. *See* Dkt. 25. However, Mr. Tree was unsure if if that letter actually was from plaintiff as Mr. Tree had been unable to speak with him about it despite numerous attempts to do so. *See id.*

       It was not until June 2015 that Mr. Tree was able to communicate with plaintiff and confirm with him that it was plaintiff who had sent the letter, and that plaintiff desired that Mr. Tree withdraw as counsel. *See* Dkt. 43. In the notice of appeal he filed on June 12, 2015, plaintiff also requests that the Court allow Mr. Tree to withdraw as counsel in this case, indicating that he desires to represent himself in this matter. *See* Dkt. 37. Accordingly, the motion to withdraw as

ORDER - 1

plaintiff's counsel (*see* Dkt. 42) hereby is GRANTED.

DATED this 16 day of July, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2