UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER SETZER,

                Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. 3:13-cv-05756-KLS

ORDER EXTENDING TIME TO FILE REPLY TO DEFENDANT'S RESPONSE

This matter comes before the Court on the filing of an order from Chief Judge Marsha J. Pechman (*see* Dkt. 46), denying plaintiff's motion for recusal (*see* Dkt. 36) after having been referred that motion by the undersigned (*see* Dkt. 45). Because this matter was stayed pending resolution of plaintiff's motion for recusal, plaintiff did not received the full amount of time to file a reply to defendant's response to his notice of appeal. *See* Dkt. 37 and 44. Accordingly, as plaintiff's motion for recusal has been fully addressed and thus this case is no longer stayed pending the outcome thereof, plaintiff shall have until **no later than July 29, 2015**, to file a reply to defendant's response. Plaintiff's notice of appeal (Dkt. 37) is re-noted for consideration on **July 31, 2015**.

DATED this 16th day of July, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1